**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MAMADOU KENDA BALDE,**<br>**Petitioner,**<br><br>**v.**<br><br>**JAMAL L. JAMISON, et al.,**<br>**Respondent.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-CV-6260** |

**ORDER**

**AND NOW**, this 31st day of August, 2026, in light of the Government's Notice of Compliance with the Court's Order (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**